

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2024

No. 04-24-00010-CV

**IN RE** Abelardo G. **GONZALEZ**

Original Proceeding

### ORDER

On January 5, 2024, Abelardo Gonzalez filed a petition for a writ of injunction and a motion for emergency relief, in order to preserve this court's jurisdiction in a related appeal styled *Abelardo G. Gonzalez v. Rosalinda Y. Gonzalez*, No. 04-23-00314-CV. On January 10, 2024, this court issued a temporary injunction, prohibiting Rosalinda Gonzalez from selling, conveying, leasing, encumbering, or otherwise disposing of the real property at issue in that appeal.

On March 13, 2024, that appeal was dismissed. Having resolved that appeal, we hereby lift the temporary injunction order issued in this matter and **DENY** the writ of injunction.

It is so **ORDERED** on May 8, 2024.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2024.

_____
Luz Estrada, Chief Deputy Clerk